IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| ELIZABETH VANLISHOUT, INDIVIDUALLY AND AS THE GUARDIAN OF HER SON, ANDREW ERICKSON-GONCZOL, AN INCAPACITATED PERSON,<br><br>PLAINTIFF,<br><br>VS.<br><br>WESTERN POWER SPORTS, LLC, ANYNG ENTERPRISE CO., LTD., FLY RACING CO. AND ARROWHEAD ENGINEERED PRODUCTS, INC.,<br><br>DEFENDANTS. | CASE NO. 1:23-CV-072<br><br>DEFENDANTS WESTERN POWER SPORTS, LLC AND FLY RACING CO.'S ANSWER TO AMENDED COMPLAINT AND JURY TRIAL DEMAND |

Defendants Western Power Sports, LLC and Fly Racing Co. (collectively "WPS" unless indicated otherwise) for their Answer to the Plaintiff's Amended Complaint and Jury Trial Demand (the "Complaint"), state and allege as follows:

1. WPS denies all allegations in the Complaint except those specifically and expressly admitted.

2. WPS lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 2, 3, 16, 17, 18, 19, 20, and 21. To the extent the allegations are directed at WPS, or allege fault for which it would be responsible, they are expressly denied.

3. WPS admits the allegations in paragraph 4 of the Complaint.

4. With respect to the allegations in paragraph 5 of the Complaint, WPS admits it has distributed products to North Dakota. WPS denies the remaining allegations.

5. WPS denies the allegations in paragraph 6 of the Complaint. "Fly" and "Fly Racing" are brands and registered trademarks of WPS.

Page **1** of **6**
*Defendants Western Power Sports, LLC and Fly Racing Co.'s*
*Answer to Amended Complaint and Jury Demand*

6. With respect to the allegations in paragraph 7 of the Complaint, WPS admits that it has distributed "Fly" and "Fly Racing" products to North Dakota. WPS denies the remaining allegations.

7. With respect to the allegations in paragraph 8 of the Complaint, WPS admits Defendant Arrowhead's principal place of business is at 3705 95th Avenue N.E. in Blaine, Minnesota, 55014.

8. With respect to the allegations in paragraph 9 of the Complaint, WPS admits Defendant Arrowhead acquired WPS on or about December 20, 2021. The remaining allegations are denied.

9. With respect to the allegations in paragraph 10 of the Complaint, WPS admits that Defendant AnYng is a Taiwanese Company with a principal place of business in Tainan City, Taiwan and that AnYng was the manufacturer of the helmet described in the Complaint. WPS denies the remaining allegations.

10. With respect to the allegations in paragraph 11 of the Complaint, the allegations state legal conclusions for which no response is required. To the extent a response is required, WPS denies the allegations.

11. With respect to the allegations in paragraph 12 of the Complaint, the allegations state legal conclusions for which no response is required. To the extent a response is required, WPS denies the allegations.

12. WPS denies the allegations in paragraph 13 of the Complaint.

13. With respect to the allegations in paragraph 14 of the Complaint, the allegations state legal conclusions for which no response is required. To the extent a response is required, WPS denies the allegations.

Page **2** of **6**
*Defendants Western Power Sports, LLC and Fly Racing Co.'s*
*Answer to Amended Complaint and Jury Demand*

14. With respect to the allegation in paragraph 15 of the Complaint, WPS is a nonmanufacturing distributor of products; WPS denies it designed or manufactured the helmet; WPS denies that it marketed or sold the helmet to Plaintiff; and beyond that, WPS lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations.

15. With respect to the allegations in paragraph 22 of the Complaint, to the extent the allegations are directed at WPS, or allege fault for which it would be responsible, they are expressly denied.

16. With respect to the allegations in paragraph 23 of the Complaint, the foregoing denials and responses are incorporated herein.

17. WPS denies the allegations in paragraphs 24, 25, 26, 27, 28, 29, and 30 of the Complaint.

18. With respect to the allegations in paragraph 31 of the Complaint, the foregoing denials and responses are incorporated herein.

19. WPS denies the allegations in paragraphs 32, 33, 34, 35, 36, and 37 of the Complaint.

20. With respect to the allegations in paragraph 38 of the Complaint, the foregoing denials and responses are incorporated herein.

21. WPS denies the allegations in paragraphs 39, 40, 41, and 42 of the Complaint.

22. WPS denies Plaintiff is entitled to the relief requested after paragraph 42, and any other paragraph or allegation wherein Plaintiff requests or claims she is entitled to relief.

## I. ADDITIONAL DEFENSES

23. WPS re-alleges all previous responses.

24. WPS denies the helmet was defective.

Page **3** of **6**
*Defendants Western Power Sports, LLC and Fly Racing Co.'s*
*Answer to Amended Complaint and Jury Demand*

25. WPS denies the helmet was unreasonably dangerous.

26. The helmet is presumed to be free from defects under N.D.C.C. § 28-01.3-09.

27. WPS denies there was a failure to warn or that warnings provided were insufficient.

28. WPS denies there was a duty to warn or instruct as alleged in the Complaint.

29. WPS denies it was negligent.

30. Plaintiff is barred from recovery against WPS because Plaintiff fails to state a claim upon which relief can be granted.

31. The Court lacks personal jurisdiction over WPS.

32. Plaintiff is limited or barred from recovery against WPS because WPS is a nonmanufacturing seller under North Dakota law, including North Dakota Century Code Chapter 28-01.3.

33. Plaintiff is limited or barred from recovery against WPS due to spoliation of evidence.

34. Plaintiff is limited or barred from recovery against WPS due to the applicable statutes of repose and/or limitations.

35. Plaintiff is limited or barred from recovery against WPS because warranties have been disclaimed or the remedy for their breach is limited.

36. Plaintiff is limited or barred from recovery against WPS because of Plaintiff's comparative fault.

37. Plaintiff is barred from recovery against WPS because Plaintiff's contributory or comparative fault to the injury was as great as or greater than the combined fault of all other persons who contributed to the injury.

Page **4** of **6**
*Defendants Western Power Sports, LLC and Fly Racing Co.'s*
*Answer to Amended Complaint and Jury Demand*

38. Plaintiff is limited or barred from recovery against WPS due to Plaintiff's assumption of risk.

39. Plaintiff is limited or barred from recovery against WPS because to the extent, if any, that the helmet presents dangers, those dangers are open and obvious, and the product is not more dangerous than a consumer would contemplate.

40. Plaintiff is limited or barred from recovery against WPS because of unforeseeable alteration, modification, or misuse of the helmet.

41. Plaintiff is limited or barred from recovery against WPS because any damages claimed were the result of the conduct of others over whom WPS had no control or right to control and for which WPS has no legal responsibility.

42. Plaintiff is limited or barred from recovery against WPS because there has been a failure to mitigate damages by Plaintiff.

43. WPS may be entitled to a reduction for collateral source payments pursuant to N.D.C.C. § 32-03.2-06, and pursuant to other applicable law.

44. Pending completion of discovery, WPS asserts and incorporates by reference all affirmative defenses available pursuant to Rules 8, 9, and 12 of the Federal Rules of Civil Procedure.

45. WHEREFORE, WPS requests the following relief:

   a. That Plaintiff's Amended Complaint be dismissed with prejudice;

   b. That WPS be awarded its costs and disbursements; and

   c. For such other and further relief as the Court deems just, equitable, or otherwise warranted.

Page **5** of **6**
*Defendants Western Power Sports, LLC and Fly Racing Co.'s*
*Answer to Amended Complaint and Jury Demand*

## II. JURY DEMAND

46. Defendants Western Power Sports, LLC and Fly Racing Co. demand a jury trial of the highest number of jurors authorized by law.

Dated August 8, 2023.

Pearce Durick PLLC

By: /s/ Kirsten H. Tuntland
KIRSTEN H. TUNTLAND, ND#07214
KHT@pearce-durick.com
QUINN P. FYLLING, ND#06744
QPF@pearce-durick.com
314 East Thayer Avenue
P.O. Box 400
Bismarck, ND  58502-0400
(701) 223-2890

ATTORNEYS FOR DEFENDANTS WESTERN POWER SPORTS, LLC. AND FLY RACING CO.

Page **6** of **6**
*Defendants Western Power Sports, LLC and Fly Racing Co.'s*
*Answer to Amended Complaint and Jury Demand*