## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Elizabeth Vanlishout, Individually and as the guardian of her son, Andrew Erickson-Gonczol, an incapacitated person, | ) ) ) | |
| | ) | **ORDER** |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Western Power Sports, LLC, AnYng Enterprise Co., Ltd., Fly Racing Co, and Arrowhead Engineered Products, Inc., | ) ) ) | Case No. 1:23-cv-072 |
| | ) | |
| Defendants. | ) | |

On December 21, 2023, the parties filed a Joint Motion to Extend Discovery Deadlines. (Doc. No. 62).  They seek additional time to complete discovery related to personal jurisdiction and responding to Defendant AnYng's AnYng Enterprise Co., Ltd.'s Motion to Dismiss.

The court **GRANTS** the parties' motion (Doc. No. 62).  Jurisdictional discovery shall be completed by February 29, 2024.  Non-jurisdictional discovery shall commence once the Motion to Dismiss has been decided.  The parties shall submit an amended scheduling/discovery plan within fourteen (14) days of this Court issuing a final order on AnYng's Motion to Dismiss.

**IT IS SO ORDERED.**

Dated this 22nd day of December, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court