## UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| ELIZABETH VANLISHOUT, individually and as the Guardian of her son, ANDREW ERICKSON-GONCZOL, an incapacitated person,<br><br>      Plaintiffs,<br><br>vs.<br><br>WESTERN POWER SPORTS, LLC, AN YNG ENTERPRISE CO., LTD., FLY RACING CO., and ARROWHEAD ENGINEERED PRODUCTS, INC.,<br><br>      Defendants. | Case No. 1-23-cv-00072-CRH<br><br>**JOINT MOTION TO DISMISS DEFENDANT AN YNG ENTERPRISE CO. LTD. PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) WITHOUT PREJUDICE** |

### JOINT MOTION TO DISMISS DEFENDANT ANYNG ENTERPRISE CO., LTD., PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) WITHOUT PREJUDICE

NOW COME Plaintiff Elizabeth VanLishout individually and as the guardian of her son Andrew Erickson-Gonczol, an incapacitated person and Defendant AnYng Enterprise Co., Ltd. ("AnYng") (collectively, "the Stipulating Parties"), and hereby jointly move pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) to enter an Order Dismissing An Yng Without Prejudice Pursuant To The Terms Entered into by the Stipulating Parties (attached as <u>Exhibit A</u>). In support thereof, the Stipulating Parties state as follows:

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may file a Notice of voluntarily dismissal if the following criteria are met:

 **(a) Voluntary Dismissal.**
 **(1)** *By the Plaintiff.*
 **(A)** *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

1

**(i)** a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
**(ii)** a stipulation of dismissal signed by all parties who have appeared.
**(B)** *Effect.* Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits.

*See* Fed. R. Civ. P. 41.

Here, Defendant An Yng has not filed an Answer or a Motion For Summary Judgment. Therefore, circumstances that would preclude a Notice of Dismissal without Court approval do not apply. *See id.* Additionally, the Stipulating Parties have agreed to terms that they jointly ask the Court to adopt and incorporate into the Order of Dismissal attached hereto as Exhibit A.

**WHEREFORE**, for the reasons set forth above, Plaintiff Elizabeth VanLishout individually and as the guardian of her son Andrew Erickson-Gonczol, an incapacitated person and Defendant AnYng Enterprise Co., Ltd. respectfully request the Court enter an Order pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Dismissing An Yng Without Prejudice Pursuant To The Terms Entered into by the Stipulating Parties (attached as Exhibit A).

Respectfully submitted,

**Dickson Law Office**
By: */s/ Thomas A. Dickson*
Thomas A. Dickson #3800
P.O. Box 1896
Bismarck, ND 58502-1896
tdickson@dicksonlaw.com
(701) 222-4400

**ANAPOL WEISS**
By: */s/ Larry E. Coben*
Larry E. Coben (AZ# 015673, PA# 17523)
8700 E. Vista Bonita Dr., Ste. 268
Scottsdale, AZ 85255
locoben@anapolweiss.com
(480) 515-4745

*Attorneys for Plaintiff*

**LARSON KING, LLP**
By: */s/ Jack E. Zuger*
Jack E. Zuger, ND#06987
2800 Wells Fargo Place
30 E. Seventh Street
St. Paul, MN 55101
(651) 312-6500
jzuger@larsonking.com

**HALL PRANGLE & SCHOONVELD LLC**
By: */s/ Leo Michael Tarpey*
Leo Michael Tarpey
mtarpey@hpslaw.com
Matthew Kaminski
mkaminski@hpslaw.com
James Kearney
jkearney@hpslaw.com
200 S. Wacker Drive
Suite 3300
Chicago, IL 60661
(312) 345-9600
*Attorneys for Defendant AnYng Enterprise Co., Ltd.*