IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Elizabeth VanLishout, individually and as the Guardian of her son, Andrew Erickson-Gonczol, an incapacitated person, <br><br> Plaintiff, <br><br> vs. <br><br> Western Power Sports, Inc., Fly Racing Co., and Arrowhead Engineered Products, Inc., <br><br> Defendants. | **ORDER** <br><br><br><br><br><br> Case No. 1:23-cv-072 |

On July 25, 2024, the court held a status conference with the parties by telephone. Pursuant to the parties' discussions at this conference, the final pretrial conference on January 21, 2025, shall be rescheduled for January 20, 2026, at 9:00 AM by telephone. To participate in the conference, the parties should call (877) 810-9415 and enter access code 8992581. The jury trial on February 3, 2025, shall be rescheduled for February 2, 2026, at 9:00 AM in Bismarck (Eagle Courtroom) before Judge Hovland. A ten (10) day trial is anticipated. The parties shall have until August 26, 2024, to prepare and submit a revised scheduling and discovery plan for the court's consideration. The revised plan should be emailed to ndd_J-Hochhalter@ndd.uscourts.gov.

**IT IS SO ORDERED.**

Dated this 25th day of July, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court