IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Elizabeth VanLishout, individually and as the Guardian of her son, Andrew Erickson-Gonczol, an incapacitated person,<br><br>Plaintiffs,<br><br>v.<br><br>Western Power Sports, LLC, AnYng Enterprise Co., LTD., Fly Racing Co., and Arrowhead Engineering Products, Inc.,<br><br>Defendants. | **ORDER AMENDING DEADLINES**<br><br><br><br>Case No.: 1:23-cv-00072 |

On September 3, 2025, the parties participated in a status conference to discuss changes to the scheduling order. (Doc. No. 109). For the reasons articulated during the hearing, the scheduling order's deadlines shall be amended as follows:

- Western Power Sports shall produce their defense expert files by September 17, 2025. Plaintiffs' Expert Rebuttal Reports due by October 15, 2025.

- Expert Depositions shall be due by November 15, 2025. Plaintiffs will not be taking depositions of defense experts.

- Dispositive Motions shall be due by November 30, 2025. Plaintiffs' response due within ten (10) days.

- The parties shall be ready to engage in mediation by December 1, 2025.

**IT IS SO ORDERED.**

Dated this 3rd day of September, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court