**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Elizabeth VanLishout, individually and as the Guardian of her son, Andrew Erickson-Gonczol, an incapacitated person, | ) ) ) ) | **ORDER FOR PERSONAL APPEARANCE AT SETTLEMENT CONFERENCE AND SETTING** |
| Plaintiff, | ) ) | **DEADLINES** |
| | ) | |
| v. | ) ) | |
| Western Power Sports, LLC, et al., | ) ) | Case No.: 1:23-cv-00072 |
| Defendants. | ) | |

On December 10, 2025, the court convened for a status conference to discuss the settlement conference currently scheduled for December 19, 2025. At the time of the conference, Plaintiff identified concerns regarding virtual and in-person appearances of the parties at the upcoming settlement conference.

For the reasons articulated during the status conference, the court **ORDERS** Defendants' adjuster Mary Sebera to appear in person for the settlement conference on December 19th. In the event Defendants and Ms. Sebera cannot accommodate her personal appearance on December 19th, the parties shall determine a reasonably close alternative date and time for the settlement conference and shall inform the court of the proposed alternative by December 12, 2025.

**IT IS SO ORDERED.**

Dated this 10th day of December, 2025.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United Staes District Court