IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Elizabeth Vanlishout, individually and as the Guardian of her son, Andrew Erickson-Gonczol, an incapacitated person, | ) ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Western Power Sports, LLC, et. al. | ) ) | Case No. 1:23-cv-072 |
| Defendants. | ) | |

On February 4, 2026, court issued an order informing the parties of its intent to sanction Defendant's insurer, the Lexington Insurance Company ("Lexington"), following the failure of its adjuster, Mary Sebera, to personally appear and participate in a December 29, 2025, settlement conference as ordered. (Doc. No. 204).

At the court's direction, Plaintiff's counsel filed a declaration on February 6, 2026, summarizing as follows the costs and attorney fees that Plaintiff had incurred in connection with the settlement conference on December, 29, 2025:

1.  Anapol Weiss attorney fees - $2,700.00;

2.  Dickson Law Office attorney fees - $2,300.00; and

3.  Plaintiff's travel costs - $261.75.

(Doc. No. 205). Attached to the declaration were itemized breakdowns of the attorney fees and costs. (Doc. No. 205-1 and 205-2).

On February 13, 2026, Lexington filed a response to the court's February 4, 2026, order (Doc. No. 206). It advises that it does not objected to the costs and fees stated in Plaintiff's counsels'

declaration.

The court has carefully reviewed Plaintiff's counsels' declaration and Lexington's response. The court finds the hourly rates and time expended by Plaintiffs' counsel in connection with the settlement conference on December 29, 2025, to be reasonable. The court also finds Plaintiff's travel costs to be reasonable. Accordingly, for the reasons articulated by the court in its February 4, 2026, order, it shall require Lexington to pay $5,261.75 in costs and attorney's fees incurred by Plaintiff in connection with the settlement conference on December 29, 2025. This payment shall be made directly to Plaintiffs' counsel no later that February 27, 2026.

Dated this 17th day of February, 2026.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court